ROBERT G. LOEWY (SBN 179868)
rloewy@rloewy.com
LAW OFFICES OF ROBERT G. LOEWY, P.C.
20 Enterprise, Suite 310
Aliso Viejo, California 92656
Phone: (949) 442-7103; Fax: (949) 242-5105

Attorneys for Defendant
World of Jeans & Tops dba Tillys

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WORLD OF JEANS & TOPS, a California Corporation,<br><br>　　　　Defendant. | CASE NO. 2:21-cv-03513-JAK-SK<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND CLAIM FOR RELIEF (UNRUH ACT) FOR LACK OF SUPPLEMENTAL JURISIDICTION**<br><br>Date:　September 27, 2021<br>Time:　8:30 A.M.<br>Ctrm:　10B, First Street Courthouse<br><br>Action Filed:　April 26, 2021<br>Trial Date:　Not Set |

**TO THE COURT AND PLAINTIFF:**

　　PLEASE TAKE NOTICE THAT on September 27, 2021, at 8:30 A.M., or as soon thereafter as the matter may be heard, in Courtroom 10B of the above-captioned Court, located at 350 W. First Street, Los Angeles, California, 90012, Defendant World of Jeans & Tops dba Tillys ("Tillys") will move and hereby does move for an order dismissing Plaintiff Brian Whitaker's Second Claim for Relief (the California Unruh Act) on the ground that the Court should decline to exercise supplemental jurisdiction over this state law claim.

　　Tillys brings this Motion pursuant to Fed. R. Civ. Proc. 12(b)(1) and 12(b)(6) on the ground that in the absence of supplemental jurisdiction, Plaintiff's Unruh Act

1  claim fails to state a claim under which relief may be granted and lacks a jurisdictional
2  basis for federal court.  This Motion is made following the conference of counsel
3  pursuant to L.R. 7-3, which took place on May 7, 2021.
4      Tillys bases this Motion on this Notice and Motion, the appended Memorandum
5  of Points and Authorities, the Opposition and Reply papers, the Court's file in this
6  matter, and on such further evidence and argument as the Court permits before, during
7  and after the hearing on this Motion.

9  Dated:  May 21, 2021        LAW OFFICES OF ROBERT G. LOEWY, P.C.

11            By:  /s/ Robert G. Loewy
12                 Robert G. Loewy
               Attorneys for Defendant World of Jeans &
13                 Tops dba Tillys

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that, on May 21, 2021, he utilized the Court's CM/ECF system to electronically serve all counsel of record in this action with the below described document:

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND CLAIM FOR RELIEF (UNRUH ACT) FOR LACK OF SUPPLEMENTAL JURISIDICTION**

Dated: May 21, 2021                    */s/ Robert G. Loewy*
                                       Robert G. Loewy